UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 22-60843-CIV-HUNT
[CONSENT CASE]

ROBERT CONREY, et. al.

vs.

BEACH BOYS OF FT. LAUDERDALE, LLC,
and KRIKOR KEVORKIAN, individually,

    Defendants.
_____/

# ORDER

THIS CAUSE having come before the Court upon Plaintiff's Motion for Conditional Certification of FLSA Collective Action Pursuant to 29 U.S.C. § 216(b), it is

ORDERED and ADJUDGED as follows:

The Plaintiff's Motion for Conditional Certification of FLSA Collective Action Pursuant to 29 U.S.C. § 216(b) is hereby GRANTED as follows:

(1) conditional certification is hereby granted in the above styled action as a collective action under Section 216(b) of the Fair Labor Standards Act for the following 2 collectives:

    <u>Tip Collective</u>: All Servers and Bartenders who worked for Defendants in Fort Lauderdale, Florida, during the three (3) years preceding this lawsuit who were required to surrender any portion of their tips to Defendants.

    <u>Overtime Collective</u>: All Servers and Bartenders who worked for Defendants in Fort Lauderdale, Florida, during the three (3) years preceding this lawsuit who were required to work in excess of 40 hours in a workweek and were not compensated the applicable federal overtime wages.

(2) the Plaintiff, ROBERT CONREY, is hereby appointed as the Representative of each Collective with authority to negotiate and appear at settlement conferences and mediations on behalf of each class;

(3) attorneys Jordan Richards, Esquire, and David Nudel, Esquire, are hereby appointed as counsel for the Collectives;

(4) the Court hereby Orders production from the Defendants, within 10 calendar days of this Order, of a complete list, electronically in an Excel spreadsheet, of each and every server listed alphabetically from "A" to "Z" – with their last known home address in a separate field corresponding with each name – who was ever employed as a server or bartender by Defendants at any time between May 2, 2019, and the date of this motion;

(5) Plaintiff's counsel is hereby authorized to send by U.S. Mail or electronically a Court-Approved Notice to all such persons about their rights to opt-in to this collective action by filing a Consent to Join Lawsuit (in the forms attached hereto and incorporated herein as **Exhibit A**);

(6) the putative class under 216(b) is hereby given 45 days from the date of this Order to submit the Consents to Join to Plaintiff's Counsel or otherwise opt-in to this case;

DONE and ORDERED in Broward County, Florida on this 8th day of July 2022.

_____
**PATRICK M. HUNT**
**UNITED STATES MAGISTRATE JUDGE**

Copies to:
*Counsel of Record*