UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-60843-HUNT

ROBERT CONREY, on behalf of himself and all others similarly situated,

 Plaintiffs,

v.

BEACH BOYS OF FT. LAUDERDALE, LLC, and KRIKOR KEVORKIAN, individually,

 Defendants.
_____/

## JOINT NOTICE OF COLLECTIVE SETTLEMENT

 Plaintiff, ROBERT CONREY ("Plaintiff"), and Defendants, BEACH BOYS OF FT. LAUDERDALE, LLC, and KRIKOR KEVORKIAN (collectively referred to hereinafter as "Defendants") ("Plaintiff" and "Defendants" collectively referred to hereinafter as "the Parties"), by and through their undersigned counsel, and pursuant to the Southern District of Florida Local Rules, and this Court's requirements, file this Joint Notice of Collective Settlement and advise this Honorable Court that the Parties have fully settled claims set forth within the operative Complaint on a collective-wide basis. Within thirty (30) days from the filing of this notice, the Parties agree to file a *Joint* Motion for Approval of Collective Settlement, and supporting documentation, for the Court's review.

 Respectfully submitted, jointly, this 13th day of October 2022.

| | |
|---|---|
| **USA EMPLOYMENT LAWYERS**<br>**JORDAN RICHARDS PLLC**<br>1800 SE 10th Ave. Suite 205<br>Fort Lauderdale, FL 33316<br>Tel: (954) 871-0050<br>Email: jordan@jordanrichardspllc.com<br><br>*/s/ Jordan Richards*<br>Jordan Richards, Esq.<br>Bar No.: 108372<br>Counsel for Plaintiff | **FISHER & PHILLIPS, LLP**<br>450 E. Las Olas Blvd.<br>Suite 800<br>Ft. Lauderdale, Florida 33301<br>Tel: (954) 525-4800<br>Email: ccaulkins@fisherphillips.com<br><br>*/s/ Charles Caulkins*<br>Charles Caulkins, Esq.<br>Bar No.: 0461946<br>Counsel for Defendants |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on this 13th day of October 2022.

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

## SERVICE LIST:

**CHARLES S. CAULKINS, ESQ.**
Florida Bar No. 0461946
**MICHAEL E. BONNER, ESQ.**
Florida Bar No. 111907
FISHER & PHILLIPS LLP
450 E. Las Olas Blvd. Suite 800
Fort Lauderdale, Florida 33301
Tel: (954) 525-4800
*Counsel for Defendants*